## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**IN RE:**

**GUANTANAMO BAY
DETAINEE LITIGATION**

**Misc. No. 08-442 (TFH)**

**Civil Action Nos.**

**08-CV-1185, 08-CV-1207, 08-CV-1221, 08-CV-1223,
08-CV-1224, 08-CV-1227, 08-CV-1228, 08-CV-1229,
08-CV-1230, 08-CV-1231, 08-CV-1232, 08-CV-1233,
08-CV-1235, 08-CV-1236, 08-CV-1237, 08-CV-1238**

## <u>ORDER</u>

By August 1, 2008, the parties shall each file concise reports summarizing the status of each of the above-listed cases.

**SO ORDERED**.

July 24, 2008

_____/s/_____
Thomas F. Hogan
United States District Judge