IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHAKHRUKH HAMIDUVA | ) | |
|       Petitioner, | ) | |
| v. | ) | Civil Action No. 08-CV-1221 (CKK) |
| GEORGE W. BUSH, et al., | ) | |
|       Respondents. | ) | |
| SHARIFULLAH | ) | |
|       Petitioner, | ) | |
| v. | ) | Civil Action No. 08-CV-1222 (EGS) |
| GEORGE W. BUSH, et al., | ) | |
|       Respondents. | ) | |
| MAHBUB RAHMAN | ) | |
|       Petitioner, | ) | |
| v. | ) | Civil Action No. 08-CV-1223 (JR) |
| GEORGE W. BUSH, et al., | ) | |
|       Respondents. | ) | |
| AWAL GUL | ) | |
|       Petitioner, | ) | |
| v. | ) | Civil Action No. 08-CV-1224 (RMC) |
| GEORGE W. BUSH, et al., | ) | |
|       Respondents. | ) | |

| | |
|---|---|
| FNU HAFIZULLAH ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 08-CV-1227 (ESH) |
| GEORGE W. BUSH, et al., ) | |
| Respondents. ) | |
| _____) | |
| SALEM AHMED HADI ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 08-CV-1228 (RMC) |
| GEORGE W. BUSH, et al., ) | |
| Respondents. ) | |
| _____) | |
| YAKUBI ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 08-CV-1229 (JDB) |
| GEORGE W. BUSH, et al., ) | |
| Respondents. ) | |
| _____) | |
| KAHLID SAAD MOHAMMED ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 08-CV-1230 (RMC) |
| GEORGE W. BUSH, et al., ) | |
| Respondents. ) | |
| _____) | |

| | |
|---|---|
| ABDULAH ALHAMIRI )<br>)<br>　　　Petitioner, )<br>)<br>　v. )<br>) <br>GEORGE W. BUSH, et al., )<br>　　　Respondents. )<br>_____) | Civil Action No. 08-CV-1231 (CKK) |
| MAHMMOUD OMAR MOHAMMED )<br>BIN ATEF )<br>)<br>　　　Petitioner, )<br>)<br>　v. )<br>)<br>GEORGE W. BUSH, et al., )<br>　　　Respondents. )<br>_____) | Civil Action No. 08-CV-1232 (JR) |
| MANSOOR MUHAMMED ALI QATTAA )<br>)<br>　　　Petitioner, )<br>)<br>　v. )<br>)<br>GEORGE W. BUSH, et al., )<br>　　　Respondents. )<br>_____) | Civil Action No. 08-CV-1233 (ESH) |
| ABDUL AL RAZZAQ MUHAMMAD )<br>SALIH )<br>)<br>　　　Petitioner, )<br>)<br>　v. )<br>)<br>GEORGE W. BUSH, et al., )<br>　　　Respondents. )<br>_____) | Civil Action No. 08-CV-1234 (RJL) |

| | | |
|---|---|---|
| AHMED YASLAM SAID KUMAN | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1235 (JDB) |
| GEORGE W. BUSH, <u>et al.</u>, | ) | |
| Respondents. | ) | |
| _____ | ) | |
| MUIEEN ADEEN JAMAL ADEEN ABD AL FUSAL ABD AL SATTAR, | ) ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-CV-1236 (JDB) |
| | ) | |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |
| HAMOUD ABDULLAH HAMOUD HASSAN AL WADY | ) ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1237 (RMC) |
| GEORGE W. BUSH, <u>et al.</u>, | ) | |
| Respondents. | ) | |
| _____ | ) | |
| SHAWKI AWAD BALZUHAIR | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1238 (RWR) |
| GEORGE W. BUSH, <u>et al.</u>, | ) | |
| Respondents. | ) | |
| _____ | ) | |

## **NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of respondents:

>JUDRY L. SUBAR
>U.S. Department of Justice
>Civil Division
>Federal Programs Branch
>Room 7342
>20 Massachusetts Ave., N.W.
>Washington, D.C. 20530
>(202) 514-3969

Dated: July 24, 2008

>Respectfully submitted,
>
>GREGORY G. KATSAS
>Assistant Attorney General
>
>JOHN C. O'QUINN
>Deputy Assistant Attorney General
>
>   /s/ *Judry L. Subar*
>JOSEPH H. HUNT (D.C. Bar No. 431134)
>VINCENT M. GARVEY (D.C. Bar No. 127191)
>JUDRY L. SUBAR (D.C. Bar No. 347518)
>TERRY M. HENRY
>ANDREW I. WARDEN
>Attorneys
>United States Department of Justice
>Civil Division, Federal Programs Branch
>P.O. Box 883
>Washington, DC  20044
>Tel:  (202) 514-3969
>
>Attorneys for Respondents