# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL AL RAZZAQ** | ) |
| **MUHAMMAD SALIH,** | ) |
| | ) |
| **Petitioner,** | ) |
| **v.** | ) |
| | ) **Civil Case No. 08-1234 (RJL)** |
| **GEORGE W. BUSH,** *et al.,* | ) |
| | ) |
| **Respondents.** | ) |

## ORDER
(August 6, 2008)

Upon review of the petition for a writ of habeas corpus and the entire record herein, it is hereby

**ORDERED** that the parties shall each submit a status report for the above-captioned case by **August 18, 2008 at 5:30 p.m.** The status report shall be no longer than ten (10) pages single-spaced.

Those reports shall:

      A.     identify any administrative issues in the case (*e.g.*, a protective order) that need to be resolved;

      B.     provide a concise statement of the factual history surrounding the petitioner's detention;

      C.     indicate whether the petitioner has been, or will soon be, transferred out of Guantanamo Bay, Cuba;

D.    indicate whether the petitioner has been approved for release or transfer from United States custody;

E.    indicate whether the petitioner has duplicate petitions filed on his behalf, and address which of the duplicate petitions should be dismissed;

F.    indicate whether the petitioner has been charged with war crimes under the Military Commissions Act of 2006;

G.    indicate whether a factual return has been filed for the petitioner,[1] and, if not, when the government expects to file the return;

H.    indicate whether the petitioner intends to seek discovery; and

I.    identify any collateral issues.

**SO ORDERED.**

_____
RICHARD C. LEON
United States District Judge

---

[1] If the petitioner has not obtained access to the CSRT record, indicate whether the parties agree on when it will be provided.