UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL AL RAZZAQ MUHAMMAD SALIH<br>Guantanamo Bay, CUBA<br>　　　Petitioner<br><br>　　v.<br><br><br>GEORGE W. BUSH, *et. al.*<br>　　　Defendant | )<br>)<br>)<br>)<br>)<br>)  1:08-cv-01234 (RJL)<br>)<br>)<br>)<br>) |

**APPEARANCE**

Please enter our appearance as attorneys for the Petitioner.

Dated: August 14, 2008

　　　　　　　　　　　　　　/s/ *William E. Marsh*
　　　　　　　　　　　　　　William E. Marsh
　　　　　　　　　　　　　　　　Bill_Marsh@fd.org
　　　　　　　　　　　　　　　　9040-49 IN
　　　　　　　　　　　　　　William H. Dazey
　　　　　　　　　　　　　　　　Bill_Dazey@fd.org
　　　　　　　　　　　　　　　　4433-49 IN
　　　　　　　　　　　　　　Indiana Federal Community Defenders
　　　　　　　　　　　　　　Suite 752
　　　　　　　　　　　　　　111 Monument Circle
　　　　　　　　　　　　　　Indianapolis, IN 46204
　　　　　　　　　　　　　　(317) 383-3520
　　　　　　　　　　　　　　Attorneys for Petitioner