UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDUL AL RAZZAQ MUHAMMAD SALIH<br>Guantanamo Bay, CUBA<br>　　　Petitioner | )<br>)<br>)<br>) | |
| v. | ) | 1:08-cv-01234 (RJL) |
| GEORGE W. BUSH, *et. al.*<br>　　　Defendant | )<br>)<br>)<br>) | |

**PETITIONER'S STATUS REPORT**

Indiana Federal Community Defenders was appointed to represent Mr. Salih on August 8, 2008; an ECF number was promptly requested from the court and we entered our appearance as soon as it was received on August 14, 2008. Neither counsel has a security clearance, but we have contacted the Court Security Officer to begin the process of obtaining the security clearance. We have had no contact with Mr. Salih.

**RESPONSE TO THE AUGUST 6, 2008 ORDER**

A.   ADMINISTRATIVE ISSUES: Mr. Salih, by counsel, respectfully requests that this Court enter a 30-Day Notice Order which

would require the government to provide counsel with thirty days notice before transferring Mr. Salih from Guantanamo Bay. The notice is needed in order for counsel to ensure that the Government does not plan to transport Mr. Salih, before counsel has an opportunity to contact him, to a country where he would be at risk of persecution, torture, or execution. A protective order has not been issued.

B: FACTUAL HISTORY: Counsel has not been in contact with Mr. Salih and has no knowledge of the facts of the case.

C/D: TRANSFER/RELEASE: Counsel for the Respondents has told us that Mr. Salih will not soon be transferred out of Guantanamo Bay, Cuba, and has not been approved for release or transfer.

E: I am not aware of duplicate petitions filed on behalf of Mr. Salih.

F: I have no information regarding whether Mr. Salih has been charged with war crimes under the Military Commissions Act of 2006.

G:    A factual return has not been filed, petitioner has not obtained access to the CSRT record, and there is no agreement on when it will be provided. Counsel for the Respondents referred me to a DOD web page which appears to include over 30,000 pages of unindexed pages of CSRT proceedings. I have not located any documents on that site relating to Mr. Salih.

H:    I anticipate I will seek discovery, but will need to meet with Mr. Salih and receive the CSRT record before preparing a discovery plan.

I.    I am not aware of any collateral issues.

Dated: August 18, 2008

/s/ *William E. Marsh*
William E. Marsh
    Bill_Marsh@fd.org
    9040-49 IN
William H. Dazey
    Bill_Dazey@fd.org
    4433-49 IN
Indiana Federal Community Defenders
Suite 752
111 Monument Circle
Indianapolis, IN 46204
(317) 383-3520
Attorneys for Petitioner