IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL AL RAZZAQ MUHAMMAD SALIH, | ) ) ) |
| Petitioner, | ) ) ) |
| | ) Civil Action No. 08-1234 (RJL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) |
| Respondents. | ) ) ) |

## ATTORNEY APPEARANCE

Undersigned counsel, Paul E. Ahern, hereby enters his appearance as one of the counsel for respondents in the above-named case.

Dated: August 18, 2008

    Respectfully submitted,

    GREGORY G. KATSAS
    Assistant Attorney General

    JOHN C. O'QUINN
    Deputy Assistant Attorney General

    /s/ *Paul E. Ahern*
    JOSEPH H. HUNT (D.C. Bar No. 431134)
    VINCENT M. GARVEY (D.C. Bar No. 127191)
    JUDRY L. SUBAR
    TERRY M. HENRY
    ANDREW I. WARDEN
    PAUL E. AHERN
    Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave N.W.
Washington, DC  20530
Tel: (202) 514-3755
Fax: (202) 616-8470

Attorneys for Respondents