IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ABDUL AL RAZZAQ                )
MUHAMMAD SALIH,                )
                              )
          Petitioner,         )
                              )
                              )          Civil Action No. 08-1234 (RJL)
                              )
GEORGE W. BUSH,               )
President of the United States, *et al.*,  )
                              )
          Respondents.        )

---

ATTORNEY APPEARANCE

Undersigned counsel, Jeffrey P. LaVicka, hereby enters his appearance as one of the

counsel for respondents in the above-named case.

Dated: August 22, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

/s/ *Jeffrey P. LaVicka*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
JEFFREY P. LA VICKA
Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave N.W.
Washington, DC  20530
Tel: (202) 514-3755
Fax: (202) 616-8470

Attorneys for Respondents