UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL AL RAZZAQ MUHAMMAD SALIH, <br><br> Petitioner, <br><br> v. <br><br> BARACK H. OBAMA *et al.*, <br><br> Respondents. | Civil Case No. 08-1234 (RJL) |

## ORDER

Upon consideration of the parties' recent filings and the record in this case, it is, this 30th day of December, 2009, hereby

**ORDERED** that the Motion for Order for Increased Access to Petitioner [#24] is **DENIED**, and it is further

**ORDERED** that the Government's Cross-Motion to Dismiss [#28] is **GRANTED**, and that the above-captioned case be dismissed without prejudice due to failure to provide necessary authorization.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge